# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joseph Anthony Favors,

Civil No. 19-cv-0032 (PJS/TNL)

    Plaintiff,

v.

**ORDER**

Tony Lourey, et al.,

    Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 18, 2019 (ECF No. 12), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.

2. The application to proceed *in forma pauperis* of plaintiff Joseph Anthony Favors (ECF No. 5) is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 7/11/19

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota